UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 19-48653

JURNESHA BONNEKIA-KATEESE POPE,                    Chapter 7
*pro se*,
                                                   Judge Thomas J. Tucker

              Debtor.
_____ /

## ORDER DISMISSING CASE

On June 10, 2019, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case. On June 25, 2019, the Debtor filed a "Certificate of Counseling" (Docket # 13), which states that **on June 25, 2019**, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such
> individual has, during the 180-day period ending on the date of
> filing the petition by such individual, received from an approved
> nonprofit budget and credit counseling agency described in section
> 111(a) an individual or group briefing (including a briefing
> conducted by telephone or on the Internet) that outlined the
> opportunities for available credit counseling and assisted such
> individual in performing a related budget analysis.

The Debtor only received a credit counseling briefing fifteen days *after* filing the bankruptcy petition. With exceptions not applicable here, 11 U.S.C. § 109(h)(1) requires a debtor to obtain a credit counseling briefing *on or before* the date of filing the bankruptcy petition.

Accordingly,

IT IS ORDERED that this case is dismissed.


**Signed on June 28, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**